UNITED STATES of America,
Plaintiff–Appellee,

v.

Jerry REED, Defendant–Appellant.

No. 08–11898
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 18, 2008.

James H. Burke, Jr., Federal Public Defender, Jacksonville, FL, James T. Skuthan, Federal Public Defender, Tampa, FL, for Defendant–Appellant.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and FAY, Circuit Judges.

PER CURIAM:

James H. Burke, Jr., appointed counsel for Jerry Reed in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and the denial of relief under 18 U.S.C. § 3582 is AFFIRMED.